1014

[No. 71218-7-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO
MENDOZA-ESCATEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-09713-0, Bruce E. Heller, J., entered No-
vember 1, 2013. *Affirmed* by unpublished opinion per Lau,
J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 71303-5-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ALFREDO
MARRUFO-SARINANA, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 13-1-00478-4, George N. Bowden, J.,
entered December 18, 2013. *Affirmed* by unpublished opinion
per Lau, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 71454-6-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH FRANCIS
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-04358-2, Mary I. Yu, J., entered October
31, 2013. *Affirmed* by unpublished opinion per Verellen,
A.C.J., concurred in by Dwyer and Lau, JJ.

[No. 71503-8-I.   Division One.   April 27, 2015.]

DARLING SONS INTERNATIONAL, LLC, *Respondent*, v. DEATLEY
BROTHERS, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 10-2-05063-7, Lester H. Stewart, J. Pro
Tem., entered January 15, 2014. *Reversed* and *remanded* by
unpublished opinion per Becker, J., concurred in by Spear-
man, C.J., and Schindler, J.